US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

AUG 25 2026

By_______________
Deputy Clerk

Kurk Gasper
305 Tommy Ratzlaff Ave.
Green Forest, AR 72638
870-654-6651
Resilient4769@proton.me
*Plaintiff pro se*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **KURK GASPER,**<br>**Plaintiff(s),**<br>**-vs-**<br>**STEVEN L. BRUCE, and STEVEN BRUCE & ASSOCIATES,**<br>**Defendant.** | CASE NO. 26cv3048 DCF<br><br>**PLAINTIFFS VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes the Plaintiff, Kurk's Gasper, appearing Pro Se, brings this Action against Defendants, Steven Bruce and Steven Bruce & Associates, for statutory damages, actual damages, and injunctive relief, and alleges as follows:

**PRELIMINARY STATEMENT**

**1**. This action arises strictly from Defendant's localized, non-compliant attempts to collect an alleged consumer debt originally associated with a Discover Bank account that was purportedly impacted by a corporate transition to Capital One, N.A.

**2.** Unlike standard third-party debt buyer assignments, the Defendant operates as an outside legal collection representative attempting to enforce a volatile, un-migrated account balance without possessing basic foundational chain-of-title verification.

**3.** Plaintiff strictly and explicitly challenged this specific Discover-to-Capital One transition lineage via timely written correspondence, placing Defendant on direct notice that the accuracy and legal ownership of the account records were actively in dispute.

**4.**Defendant's subsequent failure to provide verification, followed immediately by the automated filing of a state court collection lawsuit on June 10, 2026, constitutes a distinct and separate procedural violation of the FDCPA, wholly isolated to the unique administrative failures of Steven Bruce & Associates.

## I. JURISDICTION AND VENUE

**5.** This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k (the Fair Debt Collection Practices Act).

**6.** Venue is proper in the Western District of Arkansas under 28 U.S.C. § 1391(b) because the Defendant conducts business within this District, and the material events giving rise to this action occurred in Carroll County, Arkansas.

## II. PARTIES

**7.** Plaintiff is a natural person residing in Green Forest, Arkansas, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

**8.** Defendant, Steven Bruce & Associates, is a law firm engaged in the business of collecting consumer debts using the instrumentalities of interstate commerce and mail, and is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

**9.**The FDCPA violations alleged herein are within the one year statute of limitations as defined by 15 U.S.C. §1692k(d).

**10.** Defendants, Steven Bruce, and Steven Bruce & Associates, is an Oklahoma-based law firm with its principal place of business located at; 1616 E. 19th Street, Edmond, Oklahoma, 73013. Defendants can be served at that address.

**11.** Defendant regularly uses the instrumentalities of interstate commerce, including the United States Mail and telecommunications across state lines, to target and collect consumer debts from residents within the State of Arkansas. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

**12.** Defendant purposefully availed itself of the laws and protections of the State of Arkansas by crossing state lines to file a debt collection lawsuit against an Arkansas resident in the Circuit Court of Carroll County, Arkansas. Consequently, Defendant is fully subject to the statutory mandates of the Arkansas Deceptive Trade Practices Act (ADTPA). **(Exhibit –B)**

**13.** Each of the defendants are agents of each other and are legally responsible for the acts and omissions of each other, and each of the defendants are severally and/or vicariously liable for the acts complained of herein.

## III. LEAVE TO AMEND COMPLAINT

**14.** Plaintiff reserve his right to amend this Complaint, to re-state a claim with a more definite statement. Plaintiffs are informed and believe and therefore allege that he may have suffered damages in other ways and to other extents not presently known to him, and not specified herein. Plaintiffs reserve the right to assert additional facts and damages not referenced herein, and/or to present evidence of the same at the time of trial and to add additional Defendants not presently known to him.

## IV. ARTICLE III STANDING AND CONCRETE INJURY

**15.** Plaintiff has suffered a concrete, particularized, and actual injury-in-fact directly caused by Defendant's unlawful collection actions.

**16.** Defendant's unauthorized filing of a public debt collection lawsuit on July 24, 2026, during an active statutory cease-and-desist validation window, directly mirrors the traditional common-law harm of malicious prosecution and abuse of process.

**17.** As a direct result of Defendant's unlawful state court action, Plaintiff has suffered concrete, real-world harms, including:

**18. Out-of-Pocket Expenses:** Incurring direct financial costs for legal supplies, printing, and Certified Mail fees to prevent an automated default judgment.

**19.Time and Labor Detriment:** Forcing Plaintiff to divert personal time away from his employment and daily life to research and defend against a non-compliant lawsuit.

**20. Emotional and Reputational Distress:** Subjecting Plaintiff to public embarrassment, anxiety, and a clouded legal status caused by an unverified collection record placed on the public court docket.

## IV. FACTUAL ALLEGATIONS

**21.** Plaintiffs realleges all preceding paragraphs as fully stated herein.

**22.** Defendant initiated a debt collection lawsuit against Plaintiff in the Circuit Court of Carroll County, Arkansas (Case No: [Insert State Case #]), alleging an obligation originating from a Capital One account.

**23.** Defendant is not the original creditor and lacks a verifiable, unedited chain of title assignments demonstrating legal ownership of the alleged account.

**24.** Defendant utilized deceptive, unverified automated data and robo-signed documentation to initiate judicial proceedings, representing an unverified balance as an absolute, indisputable liability.

**25.** Plaintiff timely served an Answer and Counter-Affidavit in the state court proceeding, specifically disputing the validity, chain of title, and calculation of the alleged debt.

**26.** Defendant's state court filing constitutes a false representation of the character, amount, and legal status of the debt, designed to mislead a pro se consumer into a default judgment, and Defendants are attempting to collect a debt in the amount of $7,401.28 that did not arise out of the transaction that created the debt.

**27.** Pursuant to 15 U.S.C. § 1692a(5) The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

**28.** This verified complaint is not about a debt or whether or not a debt is owed. The focus of the FDCPA is solely on the conduct of the debt collector Defendants, and their failure to respond to an active dispute under, instead responding to Plaintiff dispute by filing a lawsuit against him in the Circuit Court of Berryville, AR Eastern District. Which is a blatant violation of 15 USC §1692g (b) for failure to validate and verify the alleged indebtedness of $7,401.28. **(See Exhibit A, Defendants Dun letter and Plaintiffs Notice of Dispute, attached hereto)**

**29.** Defendant filed a one (1) page lawsuit against Plaintiff, which he filed a timely answer with affirmative defenses, and a Counter Affidavit. **(See Exhibit B, attached hereto)**

**30.** Defendants also attached an Affidavit of Patricia Glover to their lawsuit, which stated in part; ***"This affidavit is made on the basis of my personal knowledge, as well as my review of documents held both by CAPITAL ONE , N.A., as well as DISCOVER PRODUCTS INC., and is***

***submitted in support of the Plaintiffs suit on account against Cardmemeber(s).*** **(See Exhibit C, attached hereto)**

**31.** Defendants ignored their duty by failing to respond to plaintiff's notice of dispute and validate the alleged debt account. A duty was breached by Defendants, and this cause of action arises accordingly. The fact is, *"Silence can only be equated with fraud when there is a legal or moral duty to speak, or when an inquiry left unanswered would be intentionally misleading.*

## V. CAUSES OF ACTION

### COUNT I: VIOLATIONS OF 15 U.S.C. § 1692e, False or Misleading Representations

**32.** Plaintiff realleges all preceding paragraphs as fully stated herein.

**33.** Defendants are a debt collector as defined in **15 USC § 1692 a(6).**

**34.** Plaintiffs are consumers as defined in **15 USC § 1692 a(3).**

**35.** Defendant violated 15 U.S.C. § 1692e(2)(A) by falsely representing the character, amount, and legal status of the alleged consumer debt in the state court pleadings.

**36.** Defendant Steven Bruce violated 15 U.S.C. § 1692e(10) by utilizing false representations and deceptive means to collect a debt. Specifically, Defendant filed a state court collection action relying entirely on unverified, inherited electronic account spreadsheets that lack foundational evidentiary backing. Defendant possesses no original contract, no complete transactional billing history from the originating entity (Discover Bank), and no verified corporate ledger demonstrating a specific, lawful transfer of Plaintiff Kurk's individual account asset, thereby presenting an unverified electronic line-item as a binding legal obligation.

**37.** Defendant Bruce signed and filed a complaint asserting Capital One owns a valid, specific debt, but his sole source of information was a bulk electronic spreadsheet delivered during a corporate merger. By failing to personally review the underlying original Discover Bank contract or verified chain of title before filing, he falsely represented the level of attorney involvement in the collection process, a direct violation of **15 U.S.C. § 1692e(3).**

### COUNT II: VIOLATIONS OF 15 U.S.C. § 1692f, Unfair Practices

**27.** Plaintiff realleges all preceding paragraphs as fully stated herein.

**28.** Defendant violated 15 U.S.C. § 1692f by using unfair or unconscionable means to collect an alleged debt, specifically weaponizing the judicial system to compel payments based on

contractually defective liabilities that Defendants know they cannot substantiate with competent evidence.

**COUNT III: VIOLATIONS OF 15 U.S.C. § 1692f(8), Impermissible Symbols on Debt Collection Envelopes.**

**29**. Plaintiff realleges all preceding paragraphs as fully stated herein.

**30**. Pursuant to 15 U.S.C. § 1692f(8), a debt collector is prohibited from using any language or symbol on an envelope other than the debt collector's address and permitted business name.

**31**. Defendants violated 15 U.S.C. § 1692f(8) by transmitting the initial written dunning communication to Plaintiff in an envelope prominently displaying a scannable QR Code. Which Plaintiff timely disputed by certified mail on March 9, 2026, which Bruce received on March 14, 2026, pursuant to USPS records.. **(Exhibit – A)**

**32**. This scannable symbol constitutes an impermissible, non-benign placement of data on the face of the mail piece, directly compromising core consumer privacy concerns and exposing internal file or data markings to the public.

**COUNT IV: VIOLATIONS OF THE ARKANSAS DECEPTIVE TRADE PRACTICES ACT (ADTPA)** ***(Ark. Code Ann. § 4-88-107(a)(10) — Unconscionable and Deceptive Practices)***

**33**. Plaintiff realleges all preceding paragraphs as fully stated herein.

**34.** Defendants are a "person" engaged in business, commerce, or trade within the State of Arkansas as defined by **Ark. Code Ann. § 4-88-102.**

**35.** Defendant violated the ADTPA, **Ark. Code Ann. § 4-88-107(a)(10),** by engaging in unconscionable, false, and deceptive debt collection practices within Carroll County, Arkansas.

**36.** Specifically, Defendant's independent violations of the Federal FDCPA—including transmitting a privacy-compromising QR Code symbol on a consumer mailpiece in violation of **15 U.S.C. § 1692f(8),** and initiating a state court collection lawsuit during a mandatory statutory validation freeze in violation of **15 U.S.C. § 1692g(b)**—constitute per se unconscionable and deceptive commercial practices under Arkansas state law.

**37.** As a direct and proximate result of Defendant's state law violations, Plaintiff has suffered a measurable consumer injury and actual damages, necessitating an award of actual damages, safe-harbor relief, and all available state statutory remedies.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment against Defendants, Steven L. Bruce, and Steven Bruce & Associates, awarding the following:

**a.** Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

**b.** Actual damages for emotional distress and litigation costs;

**c.** An Order enjoining Defendant from further non-compliant collection activity; and

**d.** Any other relief this Court deems just and proper.

Respectfully submitted: Dated: August 21st, 2026.

By: ______________________

Kurk Gasper, *Plaintiff pro se*
305 Tommy Ratzlaff Ave.
Green Forest, AR 72638
870-654-6651
**Resilient4769@proton.me**

## PLAINTIFF'S VERIFICATION

I, Kurk Gasper, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that I am the Plaintiff in the above-captioned action, that I have read the foregoing Verified Complaint, and that the factual allegations contained therein are true and correct to the best of my personal knowledge, information, and belief.

Executed this 21st day of August, 2026.

By: [signature]

Kurk Gasper, *Plaintiff pro se*
305 Tommy Ratzlaff Ave.
Green Forest, AR 72638
870-654-6651
**Resilient4769@proton.me**

**EXHIBIT - A**

Dunning letter and envelope from Steven Bruce & Associates, dated March 3, 2026, and Defendant's timely Notice of Dispute, sent via certified mail, and received by Steven Bruce & Associates on March 14, 2026, according to UPPS records.

Stephen Bruce & Associates
PO Box 808
Edmond OK 73083-0808
844-414-8821 8am to 5pm CST, Monday to Friday
brucelaw@sbrucelaw.com

To: KURK GASPER
305 TOMMY RATZLAFF AVE
GREEN FOREST AR 72638-3148

Reference: 168565

**March 3, 2026**

**Stephen Bruce & Associates is a debt collector.** We are trying to collect a debt that you owe to CAPITAL ONE, N.A., successor by merger to Discover Bank. We will use any information you give us to help collect the debt.

## Our information shows

You had a **Discover Bank** Credit Card with account number ending in 2841. On May 18, 2025, Discover Bank merged with Capital One, N.A. and as a result, Capital One, N.A. now holds all rights and interests in all Discover Bank accounts.

| | | |
|---|---|---|
| As of 01/31/2026, you owed: | | $7401.28 |
| Between 01/31/2026 and today: | | |
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| Other non-interest or fee charge: | + | $0.00 |
| **Total amount of the debt now:** | | **$7401.28** |

## Visit Us Online:

## How can you dispute the debt?

- **Call or write to us by 4/17/2026 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 4/17/2026,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at requests@sbrucelaw.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 4/17/2026, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at: requests@sbrucelaw.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

---

**Mail this form to:**
Stephen Bruce & Associates
PO Box 808
Edmond OK 73083-0803

KURK GASPER
305 TOMMY RATZLAFF AVE
GREEN FOREST AR 72638-3148

## How do you want to respond?

*Check all that apply:*

☐ **I want to dispute the debt because I think:**

- ☐ This is not my debt.
- ☐ The amount is wrong.
- ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount: $** ____________

Make your check payable to *Discover.* Include the reference number 168565.

☐ **Quiero este formulario en español.**

**Stephen Bruce & Associates**
Attorneys at Law
P.O. Box 808
Edmond, OK 73083-0808

OKLAHOMA CITY OK 730
4 MAR 2026 PM

FP US POSTAGE
$000.74⁹
First-Class - IMI
ZIP 73034
02/18/2026
036B 0011825320

ADDRESS SERVICE REQUESTED

72638-314805

**Certified mail 9589 0710 5270 2278 4714 28**

Kurk Gasper
305 Tommy Ratzlaff Ave.
Green Forest, AR 72638

March 9, 2025

Stephen Bruce & Associates
Attorneys At Law
P O BOX 808
Edmond, OK73083-0808

**RE: Capital One/Discover card Account # 2841**
**Subject: Notice of dispute + prior Rescission Notice**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTCE TO AGENT**

Stephen Bruce & Associates,

I dispute the above-referenced alleged debt in its entirety. This account was RESCINDED via common law notice to Discover Bank on 05/21/2025along with a Notice of Estoppel by silence. Discover's silence constitutes acceptance per estoppel principles. **(see attached Notice of Estoppel and Rescission, dated August 21, 2025)**

You are attempting to collect a **VOID** debt. Pursuant to FDCPA §1692g, provide the following:

1. Provide a certified copy of the contract signed by me.
2. Proof of debt ownership from Discover account ending in #2841?
3. Provide a copy of Stephen Bruce & Associates proof of agency status with Capital One Bank N.A..
4. Who will swear to Capital One's financial injury under the penalty of perjury?
5. Provide me with a copy of your surety Bond, the name and policy number of the insurance company that issued your surety bond.
6. Provide a copy of your license to collect debt in the state of Arkansas.

Cease all collection activity until you have provided me with the documentation I have requested above, including verification and validation. Do NOT report your tradeline to any of CRAs—doing so violates §1692e(8), and the FCRA.

Thank you for your attention and assistance in this matter. I expect a timely written response from you with confirmation that you have ceased all further collection activity regarding this non-existent alleged debt. Unsolicited phone calls, text messages, voice mails and emails are prohibited and will not be responded to. I require written communications via USPS only.

**Certified mail 9589 0710 5270 2278 4714 28**

Notice is complete upon receipt.

Kind Regards,
Kurk Gasper

**ATTACHMENTS: Notice of Estoppel by Silence and Notice of common law rescission.**

# USPS Tracking®

Tracking FAQs

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove

**Tracking Number:**
**9589071052702278471428**
**Copy Add to Informed Delivery**
**Latest Update**
Your item was picked up at the post office at 5:06 am on March 14, 2026 in EDMOND, OK 73034.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**
**Delivered**
**Delivered, Individual Picked Up at Post Office**
EDMOND, OK 73034
March 14, 2026 5:06 AM
**See All Tracking History**
**What Do USPS Tracking Statuses Mean?**

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

9589 0710 5270 2278 4714 28

Edmond, OK 73083

Certified Mail Fee
$ $5.30
Extra Services & Fees (check box, add fee) $0.00
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$ $1.07
Total Postage and Fees
$ $7.37

0216
04

Postmark
Here

03/11/2026

Stephen Bruce & Assoc.
P.O. Box 808
Edmond, OK 73083

**EXHIBIT - B**

Complaint and Summons filed by Steven L. Bruce on June 10, 2026, Plaintiff Capital One N. A. v. Defendant, Kurk Gasper.

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS

CAPITAL ONE, N.A., successor by merger to
Discover Bank

PLAINTIFF

v. NO. 08ECV-26-146

KURK GASPER
DEFENDANT

SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

KURK GASPER
305 TOMMY RATZLAFF AVE
GREEN FOREST AR 72638-3148

Telephone #:
POE: (870)654-6651

A lawsuit has been filed against you. The relief demanded is stated in the attached Complaint. Within 30 days after service of this summons on you (not counting the day you received it) —or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas —you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen L. Bruce
PO Box 808
Edmond, OK 73083

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT
Sara Huffman
Kamden Wilson, DC
Clerk or Deputy Clerk
06-10-2026
Date

Address of the Clerk's Office:
CIRCUIT Court Clerk CARROLL County
210 W CHURCH AVE
BERRYVILLE AR 72616

[seal]

CARROLL CO. CIRCUIT COURT ARKANSAS

FILED FOR RECORD
SARA HUFFMAN
CIRCUIT CLERK

2026 JUN 10 AM 10: 36

IN THE CIRCUIT COURT OF CARROLL COUNTY, ARKANSAS
CIVIL DIVISION

CARROLL CO., ARKANSAS
EASTERN/WESTERN DISTRICT

CAPITAL ONE, N.A., successor by merger to Discover Bank PLAINTIFF

vs. Case No. 08ECV-26-146

KURK GASPER DEFENDANT

## COMPLAINT

Comes the Plaintiff and for its cause of action against the Defendant states:

1. That the Plaintiff is a FDIC insured National Bank authorized to bring this action under Ark Code Ann § 4-27-1501.
2. That the Defendant is a resident of CARROLL County, Arkansas.
3. That Defendant purchased certain items with extension of credit obtained on the Defendant's Discover Card account.
4. That the amount past due on said account, which has not been paid, and has been owed for a long period of time, is $7401.28, as set out in Plaintiff's chargeoff statement which is attached hereto and incorporated herein by reference.
5. That demand has been made for the payment of same, yet the balance remains unpaid.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in the amount of $7401.28, plus post-judgment interest at the statutory rate until paid, and for all costs herein paid and expended.

Stephen L. Bruce

Stephen L. Bruce, Ark Bar #2009103
Leah K. Clark, Ark Bar #2021287
Brett M. Harris, Ark Bar #2022046
Gary J. Barrett, Ark Bar #2000071
*Attorneys for Plaintiff*
Stephen Bruce & Associates
P.O. Box 808
Edmond, Oklahoma 73083-0808
(405) 330-4110 | brucelaw@sbrucelaw.com
*File No. 168565.001*

**EXHIBIT – C**

**The Affidavit of Patricia Glover**

**ACCOUNT NUMBER:** **XXXXXXXXXXXX2841**
**BALANCE:** **$ 7,401.28**
**CARDMEMBER (S):** **KURK GASPER**

STATE OF OHIO
COUNTY OF FRANKLIN

Patricia Glover, personally appeared before me, on this day and after being duly sworn, according to law, and upon my oath and states as follows:

I am a Litigation Support Coordinator for CAPITAL ONE, N.A., successor by merger to DISCOVER BANK. CAPITAL ONE, N.A, as well as its wholly-owned servicing subsidiary DISCOVER PRODUCTS INC., is responsible for, among other things, interacting with Discover Card account holders to accept payments and perform other servicing activities on Discover Card accounts.

This affidavit is made on the basis of my personal knowledge, as well as my review of documents held both by CAPITAL ONE, N.A. and DISCOVER PRODUCTS INC., and is submitted in support of the Plaintiff's suit on account against the Cardmember(s).

In my capacity as Litigation Support Coordinator, I have knowledge regarding, and access to, records regarding the Discover Card account of the above referenced Cardmember(s). These records are maintained in the ordinary course of business, and the records are updated with information on events (such as charges and payments on the account) by individuals with personal knowledge of those events or by automated processes that track such events at or near the time that the events occur. The same systems that record this information also generate periodic statements that are sent to Discover cardmember(s), and store copies of these periodic statements. In addition, these same record-keeping systems contain information about which version of CAPITAL ONE, N.A.'s terms and conditions has been communicated to an account holder and accepted by an account holder. I have personally inspected the records pertaining to the account of the Cardmember(s), including the last periodic statement sent to the Cardmember(s), to ascertain the applicable terms and conditions, the balance due on said account and whether the Cardmember(s) have made payments on that balance.

According to the records maintained by CAPITAL ONE, N.A. and DISCOVER PRODUCTS INC, during the period of time that account statements were generated, such statements were either provided to the Cardmember(s) electronically or mailed to the Cardmember(s) at the address maintained on file during that time period. According to the records, the last known address associated with the Cardmember(s) is/are:

305 TOMMY RATZLAFF AVE
GREEN FOREST, AR 72638-3148

The account is in default because the Cardmember(s) have not paid the amounts due and owing to CAPITAL ONE, N.A. on the account.

The business records maintained by CAPITAL ONE, N.A. and DISCOVER PRODUCTS INC., and described above, show that the Cardmember(s)' account with CAPITAL ONE, N.A. is governed by terms and conditions referred to as "terms level 30K." A true and correct copy of these terms and conditions have been provided to CAPITAL ONE, N.A.'s counsel in this case.

Exhibit A is a true and accurate copy of the last periodic statement sent by DISCOVER PRODUCTS INC. to the Cardmember(s), retrieved from the record-keeping system described above, and shows the amount that is now due and owing CAPITAL ONE, N.A. on the account.

CAPITAL ONE, N.A. has access to a system of records maintained by the United States Department of Defense, which allows CAPITAL ONE, N.A. to ascertain whether a particular person is engaged in active duty in any branch of the U.S. military. It is the regular practice of CAPITAL ONE, N.A. to query this system with respect to any account holder prior to initiating a collection action against that account holder. CAPITAL ONE, N.A. maintains records in the normal course of its business that indicate the results of that query. Based on my review of the account records applicable to Cardmember(s), to the best of my knowledge and belief the above referenced Cardmember(s) is not engaged in any of the military services of the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Patricia Glover

Affiant

SUBSCRIBED TO AND SWORN TO before me this 24 day of April, 2026.

Heather Hysell Mitchell

NOTARIAL SEAL STATE OF OHIO

Heather Hysell Mitchell
Notary Public, State of Ohio
My Commission Expires:
January 09, 2027

UNITED STATES POSTAL SERVICE

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE Retail

P

US POSTAGE PAID

$12.90

Origin: 72638
08/21/26
0436540238-03

PRIORITY MAIL®

0 Lb 6.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 08/24/26

1137

C005

SHIP TO:
STE 510
35 E MOUNTAIN ST
FAYETTEVILLE AR 72701-5353

USPS TRACKING® #

9505 5117 9586 6233 4117 31

...strictions apply).*

...many international destinations.

...form is required.

...aims exclusions see the

...lity and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH

how2recycle.info

FROM:

UNITED STATES POSTAL SERVICE® | PRIORIT... MAIL

VISIT US AT USP...
ORDER FREE SUPPLI...

FROM:

Kurk Gasper
305 Tommy Ratzlaff Ave.
Green Forest, AR 72638

Received WD/AR
AUG 25 2026
U.S. Clerk's Office

TO:

US District Court
District of Arkansas
35 East Mountain St.,# 510
Fayetteville, AR 72701

Label 228, December 2023

FOR DOMESTIC AND INTERNA...