**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**KURK GASPER** **PLAINTIFF**

**V.** **NO. 3:26-CV-03048**

**STEVEN L. BRUCE; and**
**STEVEN BRUCE & ASSOCIATES** **DEFENDANTS**

# INITIAL SCHEDULING ORDER

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

1. **RULE 26(f) CONFERENCE DEADLINE: November 19, 2026**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified above.

2. **JOINT RULE 26(f) REPORT DUE DATE: December 3, 2026**

Counsel should consult Rule 26(f) and Local Rule 26.1 for information to be included in the Joint Rule 26(f) Report.

3. **RULE 26(a)(1) INITIAL DISCLOSURES DUE DATE: December 10, 2026**

The parties may agree on a different due date for initial disclosures pursuant to Rule 26(a)(1), however, they must inform the Court of such agreement in the Joint Rule 26(f) Report. A party that is joined after the Rule 26(f) conference must make the initial disclosures within 30 days after being joined, unless a different time is set by stipulation or court order. Fed. R. Civ. P. 26(a)(1)(D).

**4. TENTATIVE TRIAL SETTING: February 2028**

This case has not been set for trial, however, the parties are advised that the earliest trial setting available is estimated to be as specified above. The Court will not set dates for the final pretrial conference or the trial until either the Court has decided any dispositive motions or the parties have advised the Court that they are not filing dispositive motions. Once a case is ready to be set for trial, the Court will set the trial at the earliest possible setting which may be within three (3) months.

**5. UNRESOLVED ISSUES**:

Any conflicts among the parties with regard to any of the issues in the Rule 26(f) Report or the tentative trial setting should be set out in writing on the last page of the Rule 26(f) Report under the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived. The Court will rule on these issues and a Case Management Order will be issued.

**6. PAGE LIMITATIONS**.

Any motion, response, or brief in support must be limited to 25 double-spaced pages of 12-point font. Parties must seek leave before filing any reply in support of a motion other than a summary judgment motion. If allowed, replies must be limited to seven (7) double-spaced pages of 12-point font.

**IT IS SO ORDERED** this 28th day of October, 2026.

/s/ David Clay Fowlkes
DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE